# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CRANE CO., R.J. REYNOLDS TOBACCO CO.,** and
**HOLLINGSWORTH & VOSE CO.,**
Appellants,

v.

**RICHARD DELISLE** and **ALINE DELISLE,** his wife,
Appellees.

Nos. 4D13-4351 and 4D14-146

[February 6, 2019]

Consolidated appeals and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Murphy, III, Judge; L.T. Case No. CACE12025722.

Rebecca C. Kibbe of K&L Gates LLP, Miami, for appellant Crane Co.

Elliot H. Scherker, Sabrina R. Gallo, Julissa Rodriguez, Brigid F. Cech Samole, and Stephanie L. Varela of Greenberg Traurig, P.A., Miami, for appellants R.J. Reynolds Tobacco Company and Hollingsworth & Vose Co.

Gary M. Farmer, Sr. of Farmer Jaffe Weissing Edwards Fistos & Lehrman P.L., Fort Lauderdale, and David A. Jagolinzer of The Ferraro Law Firm, Miami, for appellees.

***ON REMAND FROM THE SUPREME COURT***

PER CURIAM.

In accordance with the mandate of the supreme court, this case is remanded to the trial court to reinstate the final judgment.

WARNER, CIKLIN, and KLINGENSMITH, JJ., concur.